UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?         Yes

                                                                                                                                                                     No

        If no, please indicate which application this represents:         Second

                                                                                                                                                                     Third

                                                                                                                                                                                     Other _____

Date of Service of Summons:

Number of days requested:         30 days

                                                  15 days

                                                Other \_\_\_\_\_ days

New Deadline Date:         *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

      Full Name:

      State Bar No.:

      Firm Name:

      Address:

      Phone:

      Fax:

      Email:

A certificate of conference does not need to be filed with this unopposed application.