AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of Texas

| | |
|---|---|
| PANTAURUS LLC <br><br> *Plaintiff(s)* <br> v. <br> MORGAN STANLEY <br><br> *Defendant(s)* | Civil Action No. 1:14-cv-448 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MORGAN STANLEY
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Tadlock
Tadlock Law Firm PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/4/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-448

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MORGAN STANLEY
was received by me on *(date)* 09/09/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Delivered to its' Registered Agent, The Corporation Trust Company, by Certified Mail, Return Receipt Requested, at 1209 Orange Street, Wilmington, DE 19801, on September 16, 2014. PS Form 3811 signed for by Authorized Agent, Amy McLaren, is attached to this proof.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2014

*Dwight D. Mullen*
Server's signature

Dwight D. Mullen-Texas Process Server-SCH912, Exp 07/31/17
*Printed name and title*

5470 LBJ Freeway, Suite 100
Dallas, TX 75240
*Server's address*

Additional information regarding attempted service, etc:

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 20 2014

DAVID J MALAND, CLERK
BY
_____ DEPUTY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    MORGAN STANLEY
    C/O THE CORPORATION TRUST
        COMPANY
    1209 ORANGE STREET
    WILMINGTON          DE 19801

    7011 2000 0000 8088 6814

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Amy McLaren*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 SEP 1 6 2014

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

252-0597

102595-02-M-1540