\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-14-CV-448 |
| v. | § | |
| | § | JUDGE RON CLARK |
| MORGAN STANLEY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Before the court is Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint. [Doc. # 11]. Defendant has asked for a brief extension of time to file an answer. Plaintiff does not object. Having considered the arguments of the parties, the court is of the opinion that it should grant this motion. IT IS THEREFORE ORDERED that Defendant shall have until December 5, 2014 to answer and Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint [Doc. # 11] is GRANTED.

So **ORDERED** and **SIGNED** this **31** day of **October, 2014.**

_____
Ron Clark, United States District Judge