IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PANTAURUS LLC, <br><br> Plaintiff <br><br> vs. <br><br> MORGAN STANLEY, <br><br> Defendant. | CIVIL ACTION NO. 1:14-cv-448-RC |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Morgan Stanley states that is a publicly held corporation that has no parent corporation.

Based on Securities and Exchange Commission rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Dated: January 13, 2015	Respectfully submitted,

>	*/s/ Jennifer Parker Ainsworth*
>	Jennifer Parker Ainsworth
>	Texas State Bar No. 00784720
>	jainsworth@wilsonlawfirm.com
>	WILSON, ROBERTSON & CORNELIUS, P.C.
>	909 ESE Loop 323, Suite 400
>	P.O. Box 7339 [75711]
>	Tyler, Texas 75701
>	Telephone: (903) 509-5000
>	Facsimile: (903) 509-5092
>
>	ATTORNEYS FOR DEFENDANT
>	MORGAN STANLEY

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 13, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a).

>	*/s/ Jennifer P. Ainsworth*
>	Jennifer P. Ainsworth